UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN COX and LTC POWER
SOLUTIONS, LLC,

    Plaintiffs,

v.   Case No: 2:24-cv-1047-JES-KCD

SUNBELT RENTALS, INC.,

    Defendant.

_____

**ORDER**

This matter comes before the Court on review of the file. Plaintiffs Brian Cox and LTC Power Solutions, LLC have filed an amended complaint (Doc. #47). As such, the pending motion to dismiss (Doc. #38) filed by Defendant Sunbelt Rentals, Inc. is rendered moot.

Accordingly, it is now

**ORDERED**:

Defendant Sunbelt Rentals, Inc.'s motion to dismiss (Doc. #38) is **DENIED** as **MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida, this  22nd  day of July 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record