UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN COX, LTC POWER SOLUTIONS LLC,

      Plaintiffs,

v.

SUNBELT RENTALS, INC.,

      Defendant,

Case No. 2:24-cv-1047-JES-KCD

## ORDER

This case was before the Court for oral argument on two motions: Plaintiffs' Motion to Compel Discovery Responses (Doc. 35), and Defendant's Motion for Protective Order (Doc. 40). For the reasons explained on the record, it is now **ORDERED**:

1. Plaintiffs' Motion to Compel Discovery Responses (Doc. 35) is **GRANTED IN PART AND DENIED IN PART**. Defendant must amend its answer to Document Request No. 5 within fourteen days. The motion is otherwise denied without prejudice.

2. Defendant's Motion for Protective Order (Doc. 40) is **GRANTED IN PART AND DENIED IN PART**. The Court finds that a protective order is appropriate and will enter Defendant's proposed draft with the edits discussed at the hearing. The parties must confer on Defendant's proposed

2

edits and provide the Court with an updated proposed protective order following the conferral.

**ENTERED** in Fort Myers, Florida on August 14, 2025.

*/s/ Kyle C. Dudek*
Kyle C. Dudek
United States Magistrate Judge